Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>ELDER ROBERTS, JR.,<br><br>                    Defendant. | CASE NO. 2:20-CV-00077-RSM<br><br>ORDER GRANTING UNITED STATES' MOTION TO STAY CASE |

     This matter came before the Court on Plaintiff United States of America's Motion to Stay Case [dkt. no. 7]. The United States based its Motion on the U.S. Department of Housing and Urban Development's 60-day moratorium on certain foreclosures and evictions. For the reasons stated in the United States' Motion, the Court finds that this action should be stayed.

     Accordingly, this action is hereby STAYED through May 19, 2020. The stay shall expire on May 20, 2020, unless extended by further order of this Court.

Order Granting United States' Motion to Stay Case
Case No. 2:20-cv-00077-RSM- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 3rd day of April, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Kyle A. Forsyth*
Kyle A. Forsyth, WSBA #34609
Assistant United States Attorney

Order Granting United States' Motion to Stay Case
Case No. 2:20-cv-00077-RSM- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970