Hon. Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>ELDER ROBERTS, JR.,<br><br>               Defendant. | CASE NO.  2:20-CV-00077-RSM<br><br>ORDER GRANTING UNITED STATES' SECOND UNOPPOSED MOTION TO STAY CASE |

This matter came before the Court on Plaintiff United States of America's Second Unopposed Motion to Stay Case [dkt. no. 9].  The United States based its Motion on the U.S. Department of Housing and Urban Development's extension through June 30, 2020, of its moratorium on certain foreclosure actions.  For the reasons stated in the United States' Motion, the Court finds that this action should be stayed until HUD's foreclosure moratorium ends.

Accordingly, this action is hereby STAYED until HUD's foreclosure moratorium announced in HUD's Dear Lender Letter 2020-04, and extended by

Order Granting United States' Motion to Stay Case
Case No. 2:20-cv-00077-RSM- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dear Lender Letter 2020-06, ends. Within fourteen days after the moratorium ends, the United States shall file a Notice so advising the Court.

Dated: May 29, 2020.

*(signature)*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Kyle A. Forsyth*
Kyle A. Forsyth, WSBA #34609
Assistant United States Attorney

Order Granting United States' Motion to Stay Case
Case No. 2:20-cv-00077-RSM- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970