The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ELDER ROBERTS, JR.,<br><br>　　　　　　　　Defendant. | Civil No. 2:20-cv-00077-RSM<br><br>Order Confirming Foreclosure Sale |

Before the Court is a motion by the United States for an order confirming the sale of real property to satisfy a judgment in this matter. The record reflects that notice of the sale was duly given by posting and publishing in the form and manner required by law, and that the real property so sold is more particularly described as:

> That portion of Lot 10 described as the east 132 feet of the west 396 feet of the northwest quarter of the northwest quarter or the northwest quarter of Section 20, Township 39 North, Range 4 East, Willamette Meridian, Whatcom County,

ORDER CONFIRMING FORECLOSURE SALE - 1
Civil No. 2:20-cv-00077-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
206-553-7970

Washington, containing 2.00 acres, more or less, together with an easement for ingress and egress, and utilities over, under, and across the north 30 feet of the west 264 feet of the northwest quarter of the northwest quarter of the northwest quarter of Section 20, as set forth in deed on file in this office [Bureau of Indian Affairs Land Titles and Records Office] under document number 111-109.

The Property is further identified as Tract no. 111-3904-Q by the Bureau of Indian Affairs. (Hereafter, the "Property").

The record also reflects that on the date of the sale, all rights, title and interest of the Defendants in and to the Real Property were sold by the United States Marshal to the U.S. Department of Housing and Urban Development (HUD); the United States Marshal properly made and filed the Return & Report of Sale on January 11, 2024; the Court entered a judgment in rem against Defendant Elder Roberts, Jr. and the Property; and no objections or exceptions were made or filed to the sale of the Property or the United States Marshal's Return & Report thereof.

Accordingly, and in light of the remaining record, IT IS HEREBY ORDERED that:

1. The United States' Motion for Order Confirming Foreclosure Sale is GRANTED.

2. The Return and Report of the United States Marshal, and the Foreclosure Sale, are in all respects approved and CONFIRMED. The Marshal shall

ORDER CONFIRMING FORECLOSURE SALE - 2
Civil No. 2:20-cv-00077-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
206-553-7970

execute and deliver the original certificate of sale/purchase to the purchaser.

3. The United States Marshal, or his or her successor in office, shall execute and deliver a good and sufficient Deed of Conveyance of the foreclosed Real Property upon the expiration of the 12-month redemption period, absent a redemption, without the need for further order of the Court.

The District Court Clerk is directed to enter this Order and provide copies to Counsel and pro se parties.

DATED this 26th day of January, 2024.

*signature*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER CONFIRMING FORECLOSURE SALE - 3
Civil No. 2:20-cv-00077-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
206-553-7970